

**SO ORDERED,**

*/s/ Katharine M. Samson*

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: November 1, 2016

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

IN RE:  CLAYTON & THERESA MENDELL                    CHAPTER 13
                                                     Case No. 16-51124-KMS

### AGREED ORDER WITHDRAWING OBJECTION TO CONFIRMATION

THIS MATTER came on for consideration of the Chapter 13 Trustee's Objection to Confirmation (Dk. 21), and Debtors' Response (Dkt. 24), and the Court being advised that since the filing of the Objection, the Debtors have filed schedules which resolve the issue presented for adjudication, and that the Trustee requests that his confirmation objection be withdrawn, orders and adjudicates as follows:

IT IS THEREFORE ORDERED AND ADJUDGED that the Objection to Confirmation filed by the Chapter 13 Trustee (Dk. 21) is hereby deemed withdrawn.

##END OF ORDER##

Order Prepared and Submitted by:

*/s/ Phillip Brent Dunnaway*
Phillip Brent Dunnaway, Esq. (MSB.100443)
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39503

Approved by:

*/s/ Christopher G Holt*
Christopher G Holt, Esq. (MSB. 9371)
Attorney for Debtors
2501 14th Street, Suite 211
Gulfport, MS 39501